IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ERIC K. WATSON,           CASE NO. 2:08-cv-687
                                CRIM. NO. 2:04-cr-119(1)
    Petitioner,            JUDGE MARBLEY
                                MAGISTRATE JUDGE KEMP

v.

UNITED STATES OF AMERICA,

    Respondent.

## REPORT AND RECOMMENDATION

On September 16, 2008, the Magistrate Judge granted respondent's request to hold this case in abeyance pending submission of petitioner's attorney-client waiver, and directed petitioner to submit such a waiver, as it relates to the claims raised in the instant motion to vacate, set aside, or correct sentence, within thirty days. Doc. No. 197. The Court advised petitioner that failure to submit such waiver within thirty days may result in dismissal of this action. *See id.* To date, petitioner has failed to submit a waiver of his attorney-client privilege.

In view of the foregoing, the Magistrate Judge **RECOMMENDS** that this action be **DISMISSED.**

If any party objects to this *Report and Recommendation*, that party may, within ten (10) days of the date of this report, file and serve on all parties written objections to those specific proposed findings or recommendations to which objection is made, together with supporting authority for the objection(s). A judge of this Court shall make a *de novo* determination of those portions of the report or specified proposed findings or

recommendations to which objection is made. Upon proper objections, a judge of this Court may accept, reject, or modify, in whole or in part, the findings or recommendations made herein, may receive further evidence or may recommit this matter to the magistrate judge with instructions. 28 U.S.C. §636(b)(1).

The parties are specifically advised that failure to object to the *Report and Recommendation* will result in a waiver of the right to have the district judge review the *Report and Recommendation de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the *Report and Recommendation*. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

**IT IS SO ORDERED**.

/s/ Terence P. Kemp
United States Magistrate Judge